## CHARLES FREEMAN

*v.*

## THE PEOPLE OF THE STATE OF ILLINOIS.

WITNESS—*competency.* Under the act of 1867, relating to disqualification by interest, the putative father of an illegitimate child, who is the defendant in a prosecution for bastardy, is a competent witness in his own behalf.

WRIT OF ERROR to the Circuit Court of Monroe county; the Hon. SILAS L. BRYAN, Judge, presiding.

This was a prosecution for bastardy. A trial was had by jury, resulting in a verdict of guilty against the defendant, Charles Freeman, upon which the court, after overruling a motion for a new trial, rendered judgment. To reverse this judgment, the defendant brings the record to this court and assigns for error the refusal of the court below to permit him to testify that he was not the father of the bastard child, and that he never, at any time, had sexual intercourse with its mother.

Mr. JAMES M. HAY, for the plaintiff in error.

Messrs. WINKELMAN & BONEAU, for the defendants in error.

Mr. JUSTICE BREESE delivered the opinion of the Court:

The only question necessary to notice, arising on this record, is as to the competency of the putative father of an illegitimate child as a witness in his own behalf on the trial of the charge.

It is settled by the case of *Starr* v. *The People,* 50 Ill. 52, that he is a competent witness.

For the error in rejecting him the judgment is reversed and the cause remanded.

*Judgment reversed.*